UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-21603 |
| | | CHAPTER 13 |
| STEVE W. MILLER | | |
| GRACIE L. LEMAR-MILLER | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

Check No.             Amount
 917650               $173.00

Debtors Address
STEVE W. MILLER
GRACIE L. LEMAR-MILLER
611 MARKET STREET
NEW RICHMOND, OH  45157

                              Respectfully submitted,

              /s/    Margaret A. Burks, Esq.
                    Margaret A. Burks, Esq.
                    Chapter 13 Trustee
                    Attorney No. OH 0030377

                    Francis J. DiCesare, Esq.
                    Staff Attorney
                    Attorney No. OH 0038798

                    Karolina F. Perr, Esq.
                    Staff Attorney
                    Attorney No. OH 0066193

                    600 Vine Street, Suite 2200
                    Cincinnati, OH 45202
                    (513) 621-4488
                    (513) 621 2643 (Facsimile)
                    mburks@cinn13.org - Correspondence only
                    fdicesare@cinn13.org
                    kperr@cinn13.org
                    cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 22, 2011.

                                              /s/     Margaret A. Burks, Esq.
                                                        Margaret A. Burks, Esq.

| Debtor(s) | Debtor(s) Counsel |
|---|---|
| STEVE W. MILLER | HENRY D. ACCIANI, ESQ. |
| GRACIE L. LEMAR-MILLER | 2200 KROGER BUILDING |
| 611 MARKET STREET | 1014 VINE STREET |
| NEW RICHMOND, OH  45157 | CINCINNATI, OH  45202 |
|  |  |
|  | U.S. TRUSTEE |
|  | 36 EAST SEVENTH STREET, SUITE 2030 |
|  | CINCINNATI, OHIO 45202 |
|  |  (service waived) |

Registry_Deposit_for_Debtors